| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____ Chapter **12**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  ASOCIACION DE PRODUCTORES DE LECHE DE ISABELA INC.

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  66-0269310

**4. Debtor's address**

   **Principal place of business**
   CARR 2
   BARRIO MORA
   Isabela, PR 00662
   Number, Street, City, State & ZIP Code

   Isabela
   County

   **Mailing address, if different from principal place of business**
   PO BOX 2420
   Isabela, PR 00662
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **ASOCIACION DE PRODUCTORES DE LECHE DE ISABELA INC.**  Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:
    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
■ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor   **ASOCIACION DE PRODUCTORES DE LECHE DE ISABELA INC.**   Case number (*if known*)
　　　　　Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* |
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | 　What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | | 　　　　　Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | | 　　　　Contact name _____ |
| | | 　　　　Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* |
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **ASOCIACION DE PRODUCTORES DE LECHE DE ISABELA INC.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 22, 2016**
MM / DD / YYYY

**X /s/ CARLOS CABRERA HERNANDEZ**          **CARLOS CABRERA HERNANDEZ**
Signature of authorized representative of debtor          Printed name

Title **PRESIDENT**

**18. Signature of attorney**

**X /s/ Alberto O. Lozada Colón**          Date **August 22, 2016**
Signature of attorney for debtor          MM / DD / YYYY

**Alberto O. Lozada Colón**
Printed name

**Bufete Lozada Colon C.S.P.**
Firm name

**Po Box 430**
**Mayaguez, PR 00681**
Number, Street, City, State & ZIP Code

Contact phone **(787) 833-6323**          Email address **lozada1954@hotmail.com**

**USDCPR123811**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re  **ASOCIACION DE PRODUCTORES DE LECHE DE ISABELA INC.**  Case No.
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **12**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **3,000.00** |
   | Prior to the filing of this statement I have received | $ **3,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor　　☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor　　☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 22, 2016** | **/s/ Alberto O. Lozada Colón** |
| *Date* | **Alberto O. Lozada Colón USDCPR123811** |
| | *Signature of Attorney* |
| | **Bufete Lozada Colon C.S.P.** |
| | **Po Box 430** |
| | **Mayaguez, PR 00681** |
| | **(787) 833-6323  Fax: (787) 833-7725** |
| | **lozada1954@hotmail.com** |
| | *Name of law firm* |

---

ASOCIACION DE PRODUCTORES DE LECHE DE ISABELA
PO BOX 2420
ISABELA, PR 00662

ASOC PECUARIA MANATI
CARR 6685 KM 0.1
BO BAJURA
MANATI, PR 00674

CAREVY WHOLESALE INC
PO BOX 367762
SAN JUAN, PR 00936


ALBERTO O. LOZADA COLóN
BUFETE LOZADA COLON C.S.P.
PO BOX 430
MAYAGUEZ, PR 00681

ASOC PROD DE CAMUY
HC BOX 275
CAMUY, PR 00627

CARIBBEAN VETFARM & PROVI SL
PO BOX 1333
HATILLO, PR 00659


A OCHOA DISTRIBUTOR
PO BOX 11593
SAN JUAN, PR 00922

ASOC PROD LECHE SAN SEBASTIAN
CARR 111 KM 19.7
BO GUATEMALA
SAN SEBASTIAN, PR 00685

CARIBE CHEM DISTRIBUTORS
PO BOX 9058
CAGUAS, PR 00726-9058


A RIOS WHOLESALES
CALLE LOS NUNEZ
CAGUAS, PR 00725

ASOC PRODUCTORES HATILLO
129 KM 36.5
BO DOMINGUITO
ARECIBO, PR 00612

CESAR CASTILLO - HORMIGUER
PO BOX 191149
SAN JUAN, PR 00919-0149


ADM PRECISION
CARR 2 KM 83
BO CARRIZALES
HATILLO, PR 00659

ASOCIACION GANADEROS HATILLO
CARR 487 KM 0.1
BO BUENA VISTA
HATILLO, PR 00659

CESAR CASTILLO - ISABELA
PO BOX 191149
SAN JUAN, PR 00919-1149


AGRO SERVICES INC
271 CALLE GUAYAMA
SAN JUAN, PR 00917-4702

BANCO POPULAR MORTGAGE SERVICING
P.O. BOX 362708
SAN JUAN, PR 00936-2708

CRIM
PO BOX 195387
SAN JUAN, PR 00919


AGUADA HATS IMPORTS
CARR 417 KM 3 HM 1 ST CA
AGUADA, PR 00602

BANCO POPULAR MORTGAGE SERVICING
P.O. BOX 362708
SAN JUAN, PR 00936-2708

CRIM
PO BOX 195387
SAN JUAN, PR 00919


ANTILLAS BRANDS INC.
CENTRAL INDUSTRIL PARK
EDIF B CARR 869 KM 2.6 BO PALMAS
CATANO, PR 00962

BANCO POPULAR MORTGAGE SERVICING
P.O. BOX 362708
SAN JUAN, PR 00936-2708

EMPRESAS RUIZ FERRER
CALLE 1 KM 158
CABO ROJO, PR 00623-4856


ASOC PECUARIA ESTE
CARR 31 KM 14.1
PENA POBRE
NAGUABO, PR 00718

BANCO POPULAR MORTGAGE SERVICING
P.O. BOX 362708
SAN JUAN, PR 00936-2708

ERNESTO JUAN E HIJOS INC
CARR 827 KM 0.2
BAYAMON, PR 00961

| | |
|---|---|
| FASAR<br>CALLE ARBOLOTE KM 5.2<br>GUAYNABO, PR 00970 | NUTRIMIX DISTRIBUTORS INC<br>CALLE 47 Z4<br>JARDINES DE CAPARRA<br>BAYAMON, PR 00959 |
| FEDERACION DE MAYAGUEZ<br>PO BOX 2635<br>MAYAGUEZ, PR 00681 | PAN AMERICAN CO INC<br>AVE MUNIZ MARIN C6 ALTURAS<br>CAGUAS, PR 00726 |
| FERVILL CO INC<br>PO BOX 235<br>SAINT JUST, PR 00978 | PFIZER<br>CARR 2 KM 158.2<br>BARCELONETA, PR 00617 |
| GARDEN GOODS SALES INC<br>PO BOX 29453<br>SAN JUAN, PR 00929-0453 | ROSA REFRIGERATION INC<br>HC 01 BOX 7279<br>HATILLO, PR 00659 |
| HARDWARE WHOLESALES<br>CARR 2 KM 142.3<br>ANASCO, PR 00610 | SANUM<br>CARR 876 KM 3.8<br>BO LAS CUEVAS<br>TRUJILLO ALTO, PR 00976 |
| INSULAR SUPPLIES CO<br>CARR 1 KM 32.4<br>BO BAIROA<br>CAGUAS, PR 00725 | SOCIEDAD AGRICOLA HERMANOS PEREZ<br>CARR 686 KM 17.6<br>PARQUE INDUSTRIAL CABO CARIBE<br>VEGA BAJA, PR 00693 |
| MERIAL<br>CARR 2 KM 56.7<br>CALLE UNNAMED<br>BARCELONETA, PR 00617 | VIERA DISTRIBUTORS<br>485 KM 0.7 SAN JOSE<br>SECTOR QUEBRADA MALA<br>QUEBRADILLAS, PR 00678 |
| MIPAD DE PUERTO RICO<br>PO BOX 2330<br>GUAYNABO, PR 00970-2330 | |
| NESTLE<br>PO BOX 364565<br>SAN JUAN, PR 00936-4565 | |